[No. 68069-2-I.   Division One.   March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02734-8, Michael Hayden, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Appelwick, JJ.

[No. 68112-5-I.   Division One.   March 18, 2013.]

FRED PALIDOR, *Appellant*, v. DAVID HOVDE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-03266-1, Ira Uhrig, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, J.; Leach, C.J., concurring separately in the result only.

[No. 68154-1-I.   Division One.   March 18, 2013.]

MWW, PLLC, ET AL., *Appellants*, v. RYAN SMITH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-24531-4, Bruce E. Heller, J., entered December 15, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Verellen, J.

[No. 68219-9-I.   Division One.   March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN RUIZ-SORIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10312-7, Beth M. Andrus, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Appelwick, J.